**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** OHIO
WESTERN (CINCINNATI) **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| SCHUHOLZ, STEVEN EDWARD | § | Case No. 18-13108 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ELLIOTT POLANIECKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 23,890.00<br>*(Without deducting any secured claims)* | Assets Exempt: 162,757.82 |
| Total Distributions to Claimants: 33,606.25 | Claims Discharged<br>Without Payment: 931,416.80 |
| Total Expenses of Administration: 4,893.75 | |

3) Total gross receipts of $ 38,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 38,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,175,727.01 | $ 1,080,949.03 | $ 1,080,949.03 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,893.75 | 4,893.75 | 4,893.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 965,038.92 | 666,701.08 | 666,701.08 | 33,606.25 |
| **TOTAL DISBURSEMENTS** | $ 2,140,765.93 | $ 1,752,543.86 | $ 1,752,543.86 | $ 38,500.00 |

4) This case was originally filed under chapter 7 on 08/17/2018 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/06/2019 By:/s/ELLIOTT POLANIECKI, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 MERCEDES C300 (SALVAGE TITLE) MILEAGE: 38,000 | 1129-000 | 3,500.00 |
| SCHUHOLZ FAMILY PARTNERSHIP | 1129-000 | 30,000.00 |
| POSSIBLE CLAIM FOR LEGAL MALPRACTICE AGAINST JAMES | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 38,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Emery Federal C.U. 7890 E Kemper Rd Cincinnati, OH 45249-1614 | | 172,936.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James T. Uren c/o Santen & Hughes LPA 600 Vine Street #2700 Cincinnati, OH 45202 | | 902,546.00 | NA | NA | 0.00 |
| | Mainsource Bank 3723 Glenmore Ave Cincinnati, OH 45211 | | 78,630.21 | NA | NA | 0.00 |
| | PNC Bank Western Loan Center 2730 Liberty Ave Bankruptcy Dept Pittsburgh, PA 15222 | | 21,239.84 | NA | NA | 0.00 |
| | Rollin Hills Condo Assoc c/o Towne Property 1055 St Paul Place Cincinnati, OH 45202 | | 374.00 | NA | NA | 0.00 |
| 000003 | EMERY FEDERAL C.U. | 4110-000 | NA | 173,050.10 | 173,050.10 | 0.00 |
| 000004 | JAMES T. UREN | 4120-000 | NA | 907,898.93 | 907,898.93 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,175,727.01 | $ 1,080,949.03 | $ 1,080,949.03 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| TRUSTEE COMPENSATION:ELLIOTT POLANIECKI, TRUSTEE | 2100-000 | NA | 4,600.00 | 4,600.00 | 4,600.00 |
| TRUSTEE EXPENSES:ELLIOTT POLANIECKI, TRUSTEE | 2200-000 | NA | 179.10 | 179.10 | 179.10 |
| BOK FINANCIAL | 2600-000 | NA | 114.65 | 114.65 | 114.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,893.75 | $ 4,893.75 | $ 4,893.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Chase<br>PO Box 15153 Wilmington,<br>DE 19886 | | 100.00 | NA | NA | 0.00 |
| | Josephine Khoo-Smith<br>c/o Santen & Hughes LPA<br>600 Vine Street #2700<br>Cincinnati, OH 45202 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank<br>Western Loan Center 2730<br>Liberty Ave Bankruptcy Dept<br>Pittsburgh, PA 15222 | | 456.06 | NA | NA | 0.00 |
| | Richard & Gail Thomas<br>c/o William Flax 414 Walnut<br>Street #514 Cincinnati, OH<br>45202 | | 0.00 | NA | NA | 0.00 |
| | Schuholz Family Partnership<br>53 Evergreen Circle<br>Cincinnati, OH 45215 | | 15,000.00 | NA | NA | 0.00 |
| | Schuholz Family Partnership<br>53 Evergreen Circle<br>Cincinnati, OH 45215 | | 30,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank (Sam's Club) Attention Bankruptcy Dept PO Box 965060 Orlando, FL 32896 | | 8,530.74 | NA | NA | 0.00 |
| | Synchrony Bank (Sam's Club) Attention Bankruptcy Dept PO Box 965060 Orlando, FL 32896 | | 100.00 | NA | NA | 0.00 |
| | Total Care & Repair LLC 53 Evergreen Circle Cincinnati, OH 45215 | | 193,614.17 | NA | NA | 0.00 |
| | Total Care & Repair, LLC 53 Evergreen Circle Cincinnati, OH 45215 | | 49,916.00 | NA | NA | 0.00 |
| | Wyoming 1529 LLC 53 Evergreen Cir Cincinnati, OH 45215 | | 605.00 | NA | NA | 0.00 |
| 000001 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 216.95 | 216.95 | 216.95 | 10.94 |
| 000002 | HELEN H. ANDERSON REVOCABLE TRUST A | 7100-000 | 666,500.00 | 666,484.13 | 666,484.13 | 33,595.31 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 965,038.92 | $ 666,701.08 | $ 666,701.08 | $ 33,606.25 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 18-13108 BB Judge: BETH A. BUCHANAN
Case Name: SCHUHOLZ, STEVEN EDWARD

For Period Ending: 06/06/19

Trustee Name: ELLIOTT POLANIECKI, TRUSTEE
Date Filed (f) or Converted (c): 08/17/18 (f)
341(a) Meeting Date: 09/26/18
Claims Bar Date: 10/26/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, 53 EVERGREEN CIRCINCINNATI OH | 184,440.00 | 0.00 | | 0.00 | FA |
| 2. 2003 PIAGGIO SCOOTER (NOT RUNNING) | 100.00 | 0.00 | | 0.00 | FA |
| 3. 2014 MERCEDES C300 (SALVAGE TITLE) MILEAGE: 38,000 | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 4. 20 YEAR OLD TRAILER (NO TITLE) | 0.00 | 0.00 | | 0.00 | FA |
| 5. 1/2 INTEREST REFRIGERATOR-150 LIVING ROOM SET-200 | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. 1/2 INTEREST TV(S)- 150 DVD-40 COMPUTER-100 | 290.00 | 0.00 | | 0.00 | FA |
| 7. DOG | 25.00 | 0.00 | | 0.00 | FA |
| 8. PNC | 25.85 | 0.00 | | 0.00 | FA |
| 9. BENSONS TAVERN, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10. WYOMING 1529, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. TOTAL CARE & REPAIR, LLC | 233.00 | 0.00 | | 0.00 | FA |
| 12. SCHUHOLZ FAMILY PARTNERSHIP | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 13. SCHUHOLZ FAMILY PARTNERSHIP, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. PENSCO | 333.97 | 0.00 | | 0.00 | FA |
| 15. POSSIBLE CLAIM FOR LEGAL MALPRACTICE AGAINST JAMES | Unknown | 5,000.00 | | 5,000.00 | FA |
| 16. POSSIBLE CLAIM AGAINST GLEN GALEMMO FOR THEFT | Unknown | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $216,647.82 | $38,500.00 | | $38,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/28/19 Current Projected Date of Final Report (TFR): 02/28/19

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-13108 -BB
Case Name: SCHUHOLZ, STEVEN EDWARD

Taxpayer ID No: *******9348
For Period Ending: 06/06/19

Trustee Name: ELLIOTT POLANIECKI, TRUSTEE
Bank Name: BOK FINANCIAL
Account Number / CD #: *******2228 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/18 | 3 | STEVEN EDWARD SCHUHOLZ<br>53 EVERGREEN CIR<br>CINCINNATI, OH 45215 | 2014 MERCEDES C300 (SALVAGE TITLE) | 1129-000 | 3,500.00 | | 3,500.00 |
| 10/02/18 | 12 | STEVEN EDWARD SCHUHOLZ<br>53 EVERGREEN CIR<br>CINCINNATI, OH 45215 | SCHUHOLZ FAMILY PARTNERSHIP | 1129-000 | 30,000.00 | | 33,500.00 |
| 10/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 36.94 | 33,463.06 |
| 11/11/18 | 15 | JAMES HARTKE | COMPROMISE LEGAL MALPRACTICE CLAIM | 1129-000 | 5,000.00 | | 38,463.06 |
| 11/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 51.93 | 38,411.13 |
| 12/14/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 25.78 | 38,385.35 |
| 12/18/18 | | Transfer to Acct #*******0020 | Bank Funds Transfer | 9999-000 | | 38,385.35 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 38,500.00 | 38,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 38,385.35 | |
| Subtotal | 38,500.00 | 114.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 38,500.00 | 114.65 | |

Page Subtotals 38,500.00 38,500.00

Ver: 22.01a

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-13108 -BB
Case Name: SCHUHOLZ, STEVEN EDWARD

Taxpayer ID No: *******9348
For Period Ending: 06/06/19

Trustee Name: ELLIOTT POLANIECKI, TRUSTEE
Bank Name: Axos Bank
Account Number / CD #: *******0020 Checking Account

Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/18/18 | | Transfer from Acct #*******2228 | Bank Funds Transfer | 9999-000 | 38,385.35 | | 38,385.35 |
| 12/18/18 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | | | 38,385.35 |
| 03/28/19 | 002001 | ELLIOTT POLANIECKI, TRUSTEE<br>9000 PLAINFIELD ROAD<br>CINCINNATI, OH 45236 | Chapter 7 Compensation/Fees | 2100-000 | | 4,600.00 | 33,785.35 |
| 03/28/19 | 002002 | ELLIOTT POLANIECKI, TRUSTEE<br>9000 PLAINFIELD ROAD<br>CINCINNATI, OH 45236 | Chapter 7 Expenses | 2200-000 | | 179.10 | 33,606.25 |
| 03/28/19 | 002003 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Claim 000001, Payment 5.04264% | 7100-000 | | 10.94 | 33,595.31 |
| 03/28/19 | 002004 | HELEN H. ANDERSON REVOCABLE TRUST AGREEMENT<br>JOHN A. ANDERSON, TRUSTEE<br>11150 MAPLE KNOLL TER. #J204<br>CINCINNATI, OH 45246 | Claim 000002, Payment 5.04068% | 7100-000 | | 33,595.31 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 38,385.35 | 38,385.35 | 0.00 |
| Less: Bank Transfers/CD's | 38,385.35 | 0.00 | |
| Subtotal | 0.00 | 38,385.35 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 38,385.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2228 | 38,500.00 | 114.65 | 0.00 |
| Checking Account - ********0020 | 0.00 | 38,385.35 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 38,500.00 | 38,500.00 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 38,385.35 | 38,385.35 |

Ver: 22.01a

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-13108 -BB
Case Name: SCHUHOLZ, STEVEN EDWARD

Taxpayer ID No: *******9348
For Period Ending: 06/06/19

Trustee Name: ELLIOTT POLANIECKI, TRUSTEE
Bank Name: Axos Bank
Account Number / CD #: *******0020 Checking Account

Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ ELLIOTT POLANIECKI, TRUSTEE
Trustee's Signature: __________________________________ Date: 06/06/19
ELLIOTT POLANIECKI, TRUSTEE

| Page Subtotals | 0.00 | 0.00 |
|---|---|---|

Ver: 22.01a